AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Victoria Mannina )
*Plaintiff* )
v. ) Case No. 15-cv-0931 (KBJ)
District of Columbia, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Victoria Mannina

Date:   11/09/2016

*Attorney's signature*

Ray M. Aragon, No. 41822
*Printed name and bar number*

5406 Kirkwood Drive
Bethesda, MD 20816
*Address*

AragonLaw@Outlook.com
*E-mail address*

(202) 246-7530
*Telephone number*

(952) 216-4590
*FAX number*