IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTORIA MANNINA, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 15-931 (KBJ) |
| | ) | |
| v. | ) | |
| | ) | |
| HON. MURIEL BOWSER *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S  RULE 26 INITIAL DISCLSOURES**

Pursuant to Fed. R. Civ. P. 26(a)(1) Defendant District of Columbia makes the following initial disclosures:

**1. Defendant District of Columbia may call the following witnesses/experts to testify during the trial in this matter:**

METROPOLITAN POLICE DEPARTMENT (MPD) STAFF

A. Sgt. Amber Chesla: Badge# S0615, CAD# 6325, 2nd District- arresting officer of Paul Mannina for Burglary and Assault case

B. Det. John Paprcka: CAD# 4264- interviewed complainant at Sibley Hospital (Burglary and Assault case)

C. Mark Selbach: MPD Intern- periodically present during Det. Paprcka's interview of complainant, concerning Burglary and Assault case

D. Det. Dwayne Corbett: Homicide Unit (Lead Detective)- conducted the investigation into the death of Paul Mannina

E. Det. James B. Tyler III- conducted witness interviews with first responders, Offcs. Albright and Grier, who arrived on scene at DOC's Central Detention

F. Sgt. Carlos Bundy: (#80308) Criminal Investigation Division (ISB-CID)- supervised witness interviews during the homicide investigation

G. Det Timothy E. Francis: MPD Investigator (#5996) (2nd District-#1631) Homicide Branch- conducted witness interview with Corp. Kathy Johnson (DOC)

H. Det. Darin March: (#21322) Homicide Division- conducted witness interview with inmate Hassam Pye, Paul Mannina's cell mate.

I. Officer James Albright: MPD 1st District- first to arrive on scene at DOC's Central Detention Facility in response to Emergency call for inmate Mannina

J. Officer Regina Grier: 1st District(#5335) - First to arrive on screen at DOC's Central Detention Facility

K. Officer Mack: 1st District- First to arrive on screen at DOC's Central Detention Facility

L. Det. Anthony Donnell McGee: MPD Homicide Branch- conducted the search of cell #31 in Central Detention Facility

M. Det. William McKinley, Natural Squad- assisted with the investigation into the death of Paul Mannina

INDIVIDUALS

N. Ms. Leslie Canfield, 2745 Chesapeake St NW, Washington DC 20008, listed as complainant in police report for Burglary and Assault case.

O. Mrs. Leslie Pearlman, listed assault victim in DOC's Office of investigative services (OIS) Investigative Report (* Ms. Canfield and Mrs. Pearlman maybe the same individual)

P. Victoria Mannina, Plaintiff – spoke with Paul Mannina a few hours before incident, has knowledge of decedent's finances

Q. Dr. Scott Shapiro, Paul Mannina's Cardiologist- interviewed with Katherine Gross, alleging that he spoke with Plaintiff about accessing Paul Mannina's medical records, in efforts to obtain a psych evaluation.

D.C. COURT STAFF

R. Ms. Sheena Bagley, DC Pretrial Services (PSA) - prepared a screening report about decedent.

DEPARTMENT OF CORRECTIONS (DOC) STAFF

S. Corporal Kathy Johnson- correctional officer on duty when decedent committed suicide

T. Corporal Donald Holland- correctional officer on duty when decedent committed suicide

U. Dr. Genet Desta- the on-duty physician at DOC, who pronounced Mannina deceased

V. Nurse Gerald Sabb, Unity Health Care- accompanied Dr. Desta, as part of a the Medical Emergency Response Team (MERT)

W. Mr. Benjamin Collins, Internal Investigator – official DOC investigator

X. Nilfa Maria Guzman: LPC – conducted the Intake Comprehensive Mental Health Assessment of decedent into D.C. Detention Center

Y. Fidelis Doh, MD- conducted the Intake Comprehensive Mental Health Assessment

Z. Warden Gregory Futch, DC Jail - gave an interview to Katherine Gross regarding the access and distribution of shaving materials in the DC Jail.

OFFICE OF THE CHIEF MEDICAL EXAMINER (OCME) STAFF

AA. Ms. Katherine Grosso, OCME Forensic Investigator- conducted the investigation into the death of Paul Mannina

BB.     Ms. Michelle Mack, OCME Investigator- officially pronounced decedent at the scene

CC.     Dr. Nikki Mourtzinos, Medical Examiner- conducted the autopsy of decedent's remains

**2. The following possibly relevant documents are known to the defendants:**

A. MPD Arrest Report (Burglary and Assault case)

B. MPD Arrest Packets (Burglary and Assault case)

C. DOC Investigative Report

D. DOC Memo- Paul Mannina's Incident Report

E. DOC Fact Sheet- Paul Mannina's Institutional File

F. Paul Mannina's Medical Records provided by DOC: Central Detention Facility

G. Unity Health Care, INC., Mental Health Screening and Evaluation (Guideline)

H. DOC's Suicide Prevention Task Force Report

I. DOC's Suicide Prevention Practices Report

J. DOC's Program Statement: Reporting and Documenting Inmate Deaths

K. Pretrial Services (PSA) Screening Report- currently not in our possession

L. Paul Mannina's medical records from Montgomery General Hospital

M. Paul Mannina's employment record from the Department of Labor

N. MPD Homicice Investigation Packet

O. OCME Autopsy Report of Paul Mannina

P. Paul Mannina's Banking Statements

Q. Decedent's tax returns

Respectfully submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        JONATHAN H. PITTMAN
        Acting Assistant Deputy Attorney General, Civil Litigation

        */s/ Sarah L. Knapp*
        SARAH L. KNAPP [470008]
        Acting Chief, Civil Litigation Division, Section III
        441 Fourth Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6528
        Fax:  741-0559
        sarah.knapp@dc.gov

        */s/ Steven J. Anderson*
        STEVEN J. ANDERSON [334480]
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor
        Washington, D.C. 20001
        (202) 724-6607(phone)
        (202) 741-0569 (fax)
        Email: Steve.Anderson@dc.gov

        */s/ Tiffany M. McWane*
        Tiffany M. McWane [D.C. Bar No. 985923]
        Special Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor
        Washington, D.C. 20001
        (202) 724-5680(phone)
        (202) 741-0569 (fax)
        Email: Tiffany.McWane@dc.gov